IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Equal Rights Center ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CB Richard Ellis Group, Inc., et al. ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil No. 1:07-cv-01008 (RJL) |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Plaintiff The Equal Rights Center, by counsel, and pursuant to Rule 83.2 of the Rules Governing Attorney Admission, moves this Court to enter the order tendered herewith entering April Michelle Nelson of the firm Crowell & Moring LLP, 1001 Pennsylvania Avenue NW, Washington, DC 20004, as co-counsel of record for the Plaintiff. In support of this motion, the undersigned submits herewith the Declaration of April M. Nelson (Exhibit 1).

Respectfully submitted,

Dated: June 11, 2007

/S Peter B. Work
Peter B. Work (DC Bar # 33654)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500
(202) 628-5116 (fax)

Counsel for Plaintiff The Equal Rights Center

IN THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Equal Rights Center )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CB Richard Ellis Group, Inc., et al. )<br>)<br>Defendants. )<br>)<br>) | Civil No. 1:07-cv-01008 (RJL) |

## ORDER

UPON CONSIDERATION of the Motion to Admit Counsel *Pro Hac Vice* of Plaintiff, The Equal Rights Center, and this Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that April M. Nelson of the firm Crowell & Moring LLP, 1001 Pennsylvania Avenue, NW, Washington, DC 2004, shall be and hereby is admitted to practice before this Court in connection with the above-captioned matter as co-counsel for Plaintiff.

Dated:_____   _____

Judge, United States District Court for District of Columbia

Copies to:

Peter B. Work
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500
(202) 628-5116 (fax)
Counsel for Plaintiff The Equal Rights Center

Monica Welt
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500
(202) 628-5116 (fax)
Counsel for Plaintiff The Equal Rights Center

Don Kahl
Washington Lawyers' Committee
for Civil Rights & Urban Affairs
11 Dupont Circle NW, Suite 400
Washington, DC 20036
(202) 319-1000
Counsel for Plaintiff The Equal Rights Center

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 11th day of June 2007, I caused copies of the foregoing Motion to Admit Counsel *Pro Hac Vice*, Declaration of April M. Nelson, Esq., and Certificate of Service to be delivered via first class mail, postage pre-paid, to the following individual:

Laurence Midler
100 North Sepulveda Blvd.
Suite 1050
El Segundo, CA 90245

General Counsel for Defendants CB Richard Ellis Group, Inc. and Trammell Crow Company

_____
Christopher L. Cull

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Equal Rights Center )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CB Richard Ellis Group, Inc., et al.)<br>)<br>Defendants. )<br>) | Civil No. 1:07-cv-01008 (RJL) |

### DECLARATION IN SUPPORT OF MOTION
### TO ADMIT APRIL M. NELSON *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules Governing Admission to the Bar of this Court, I hereby declare that:

1. I, April Michelle Nelson, am an associate in the law firm of Crowell & Moring LLP, 1001 Pennsylvania Avenue NW, Washington, DC 20004, which has been retained as counsel for the Plaintiff in this case. My phone number is 202-624-2500.

2. I am licensed to practice law in the state of North Carolina (Bar ID Number 35478). I was admitted to practice in North Carolina in 2006.

3. I am a member in good standing of the North Carolina Bar. I am not now, nor have I ever been, subject to discipline by the North Carolina Bar, or by any other bar.

4. I have not previously been admitted *pro hac vice* in the United States District Court for the District of Columbia.

5. I am a member of the bar of the District of Columbia however, my DC Bar number has not been issued. I have been admitted on Motion and was sworn in on June 11, 2007.

6. As to all matters arising during or pertaining to the above-captioned case, I hereby consent to be subject to the jurisdiction and rules of this Court to the same extent as if I was fully admitted to practice in this Court.

Respectfully submitted,

April M. Nelson (NC Bar # 35478)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500