IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **The Equal Rights Center**<br><br>            **Plaintiff,**<br><br>v.<br><br>**CB Richard Ellis Group, Inc.,** *et al.*<br><br>            **Defendants.** | Civil No. 1:07-cv-01008 (RJL) |

## MOTION TO STAY PROCEEDINGS

Plaintiff, the Equal Rights Center (the "ERC") moves the Court to stay all proceedings in this matter for a period of ninety (90) days while the parties attempt to resolve the matter informally. Defendants, CB Richard Ellis Group, Inc. and Trammell Crow Company, have authorized the ERC's undersigned counsel to state that they support this motion.

As grounds for its motion, ERC submits that the parties have entered into discussions that could lead to a complete resolution of this matter, thus obviating the the need for the submission of any further pleadings.. Should the discussions not lead to this desired result, the parties will proceed with this litigation, with Defendants' responsive pleading to be filed no later than October 1, 2007. A proposed order is attached.

WHEREFORE the ERC respectfully requests entry of an Order staying all proceedings for a period of ninety (90) days from the entry of such Order.

Respectfully Submitted,

| | |
|---|---|
| Washington Lawyers' Committee<br>For Civil Rights and Urban Affairs<br>Isabelle Thabault (DC Bar # 16600)<br>Donald L. Kahl (DC Bar # 489472) | Crowell & Moring LLP<br>Peter B. Work (DC Bar # 33654)<br>Monica M. Welt (DC Bar # 481794)<br>April M. Nelson |
| By:  /s/ Donald L. Kahl<br>      Donald L. Kahl<br>      (DC Bar # 489472)<br>      Don_Kahl@washlaw.org | By:  /s/ Peter B. Work<br>      Peter B. Work<br>      (DC Bar # 33654)<br>      pwork@crowell.com |
| 11 Dupont Circle, NW, Suite 400<br>Washington, DC 20036<br>Tel: (202) 319-1000<br>Fax: (202) 319-1010 | 1001 Pennsylvania Avenue NW<br>Washington, DC 20004<br>Tel: (202) 624-2500<br>Fax: (202) 628-5116 |

Attorneys for Plaintiff
The Equal Rights Center

Dated:  June 26, 2007

IN THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Equal Rights Center )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CB Richard Ellis Group, Inc., et al. )<br>)<br>Defendants. )<br>) | Civil No. 1:07-cv-01008 (RJL) |

## ORDER ON MOTION TO STAY PROCEEDINGS

The Court, having considered Plaintiff's Motion to Stay Proceedings, finds that there is good cause for the relief sought.

Accordingly, the motion is hereby GRANTED, and these proceedings shall therefore be stayed for a period of ninety (90) days from the date of this Order.

IT IS SO **ORDERED**.

SIGNED this _____ day of _____, 2006.

_____
Judge Richard J. Leon
United States District Court for District of Columbia

Copies to:

Peter B. Work
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500
(202) 628-5116 (fax)
Counsel for Plaintiff The Equal Rights Center

Monica Welt
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500
(202) 628-5116 (fax)
Counsel for Plaintiff The Equal Rights Center

Donald L. Kahl
Washington Lawyers' Committee
for Civil Rights & Urban Affairs
11 Dupont Circle NW, Suite 400
Washington, DC 20036
(202) 319-1000
Counsel for Plaintiff The Equal Rights Center

Laurence Midler
CB Richard Ellis Group, Inc.
100 North Sepulveda Blvd.
Suite 1050
El Segundo, California 90245
Counsel for Defendants CB Richard Ellis Group, Inc. and
Trammell Crow Company

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 26th day of June 2007, I caused copies of the foregoing Joint Motion to Stay Proceedings, Draft Order on Joint Motion to Stay Proceedings, and Certificate of Service to be delivered via first class mail, postage pre-paid, to the following individual:

>Laurence Midler
>CB Richard Ellis Group, Inc.
>100 North Sepulveda Blvd.
>Suite 1050
>El Segundo, CA 90245
>
>General Counsel for Defendants CB Richard Ellis Group, Inc. and Trammell Crow Company

_____
Peter B. Work