IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Equal Rights Center )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CB Richard Ellis Group, Inc., *et al.* )<br>)<br>Defendants. )<br>) | Civil No. 1:07-cv-01008 (RJL) |

**NOTICE OF VOLUNTARY DISMISSAL**

Please take notice that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, The Equal Rights Center, discontinues the above titled action and voluntarily dismisses the complaint with prejudice.

Respectfully Submitted,

Washington Lawyers' Committee
For Civil Rights and Urban Affairs
Isabelle Thabault (DC Bar # 16600)
Donald L. Kahl (DC Bar # 489472)

By:  /s/ Donald L. Kahl
        Donald L. Kahl
        (DC Bar # 489472)
        Don_Kahl@washlaw.org

11 Dupont Circle, NW, Suite 400
Washington, DC 20036
Tel: (202) 319-1000
Fax: (202) 319-1010

Crowell & Moring LLP
Peter B. Work (DC Bar # 33654)
Monica M. Welt (DC Bar # 481794)
April M. Nelson (DC Bar # 500488)

By:  /s/ Peter B. Work
        Peter B. Work
        (DC Bar # 33654)
        pwork@crowell.com

1001 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 624-2500
Fax: (202) 628-5116

*Attorneys for Plaintiff*
*The Equal Rights Center*

Dated: September 27, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 27th day of September, 2007, I caused copies of the foregoing Notice of Voluntary Dismissal to be delivered via first class mail, postage pre-paid, to the following individual:

> Laurence Midler
> CB Richard Ellis Group, Inc.
> 100 North Sepulveda Blvd.
> Suite 1050
> El Segundo, CA 90245
> *General Counsel for Defendants CB Richard Ellis Group, Inc. and Trammell Crow Company*
>
> Scott Dyche
> Trammell Crow Company
> 2001 Ross Avenue
> Dallas, Texas 75201
> *Senior Vice President for Defendant Trammel Crow Company*

/s/ Peter B. Work
Peter B. Work